GEORGE J. BERGEN, receiver, complainant and appellant,

*v.*

JOHN I. ROGERS, defendant and respondent.

[Argued March 5th, 1908.   Decided June 15th, 1908.]

On appeal from a decree of the former chancellor advised by Vice-Chancellor Garrison, whose opinion is reported in *73 N. J. Eq. (3 Buch.) 230.*

*Messrs. Wilson, Carr & Stackhouse,* for the appellant.

*Mr. John I. Rogers, pro se,* for the respondent.

PER CURIAM.

The decree under review herein should be affirmed, for the reasons set forth in the opinion delivered by Vice-Chancellor Garrison in the court below.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—12.

*For reversal*—SWAYZE, TRENCHARD, PARKER—3.